IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

U.S. Bank N.A., successor in interest to the FDIC, as receiver
for Park National Bank,

Plaintiff,

vs

Anthony P. Cribbin, individually and as trustee of the
Anthony P. Cribbin Revocable Trust Dated September 19,
2003; Sperry Van Ness LLC; City of Chicago;

Defendants.

No. 13 cv 3279

MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

Plaintiff, pursuant to the Federal Rules of Civil Procedure Rule 56(a), by its undersigned

attorneys moves this court for a Judgment of Foreclosure and Sale, and in support thereof states as

follows:

1. The plaintiff filed it Complaint to Foreclose a certain mortgage and the following

named Defendants were personally served with summons on the date following their name.

2. That the time for said Defendants to file their answers or otherwise plead to the

Complaint or to move in regard to said Complaint has now expired and that the following

Defendants are in default for failure to enter their respective appearances or pleadings to the

Complaint:

Anthony P. Cribbin, individually and as trustee of the Anthony P. Cribbin Revocable Trust
Dated September 19, 2003 – Appearance filed on June 25, 2013 but no responsive pleading filed
by the defendant.

Sperry Van Ness LLC – served May 9, 2013

City of Chicago – served May 9, 2013

3.     That the following Defendants have filed their answer or have otherwise plead to the Complaint, and based on the answer or pleadings filed by said Defendants, there appears to be no material issue of fact as to the issue of priority of the plaintiff's claim:

NONE

4.     Submitted herewith is the Affidavit of Matthew Howe, Vice-President for the Plaintiff, in which he states the amounts due and owing under the notes and mortgages that are the subject matter of the First Amended Complaint, as well as to the default that occurred under the notes and mortgages.

5.     There is no dispute as to the default by the defendant, Anthony Cribbin, under the terms of the notes and mortgages.

6.     Pursuant to the terms of the notes and mortgages, the plaintiff is entitled to recovery of the attorneys' fees and costs incurred by it in enforcement of the notes and mortgages. Simultaneously submitted with this motion is the affidavit of the attorney for the plaintiff setting for the fees and costs incurred by the plaintiff.

WHEREFORE, the plaintiff requests this court to enter a Judgment of Foreclosure and Sale as to the subject mortgages, properties and parties.

Plaintiff,
U.S. Bank N.A.

BY: */s/ Robert L. Pattullo Jr.*
One of Its Attorneys

Robert L. Pattullo, Jr. (#6183761)
Law Offices of Robert L. Pattullo, Jr., P.C.
70 WEST MADISON, SUITE 3970
CHICAGO, IL 60602
(312) 281-3860
(312) 254-3247[FAX]